# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3027
LT Case No. 2021-CF-1327

_____

SANTOS PEREZ HERNANDEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

William Mallory Kent and Ryan Edward McFarland, of Kent &
McFarland Attorneys at Law, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

August 27, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____